**STATE of Missouri, Plaintiff–Respondent,**

v.

**Oscar Ricky WILLIAMS, Defendant–Appellant.**

**No. 68774.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 3, 1996.

Lew A. Kollias, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

In this jury-tried case, Defendant appeals his conviction for second-degree burglary, § 569.170, RSMo 1994. The trial court sentenced him as a prior, persistent, and class X offender to fifteen years' imprisonment. Defendant alleges the trial court plainly erred when it allowed the State to argue the evidence against him was uncontradicted. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order af-

firming the judgment pursuant to Rule 30.25(b).

■

**Kevin MURPHY, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 70108.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 3, 1996.

Nancy L. Vincent, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jill C. LaHue, Asst. Atty. Gen., Jefferson City, for respondent.

Before DOWD, P.J., and REINHARD and GARY M. GAERTNER, JJ.

**ORDER**

PER CURIAM.

Kevin Murphy appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The judgment is affirmed in accordance with Rule 84.16(b).